UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-44-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| BRENT WOOD | ) | |

Upon the motion of the Government and for good cause shown, it is hereby ORDERED that the Government may file, out of time, a Redaction Request for the transcript of the sentencing hearing (held on November 30, 2010).

SO ORDERED, this ___3___ day of February, 2011.

TERRENCE W. BOYLE
United States District Judge