IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:05-CR-44-2-BO3

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| BRENT E. WOOD | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Approve Payment Schedule for Restitution. (DE # 412). The Motion is GRANTED.

The Court approves Defendant's proposed restitution payment schedule of $500 per month as being fair, reasonable and appropriate, subject to later examination by the Court if circumstances change.

SO ORDERED, this 23 day of March, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE