IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:05-CR-44-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| BRENT E. WOOD | ) | |

This matter is before the Court on Defendant's Motion to Quash Subpoenas, Motion for Sanctions, and Motion for Injunction [DE 448]. The United States is hereby ALLOWED to conduct a deposition of Mr. Wood, not to exceed three hours. However, enforcement of the United States' subpoenas for documents and ruling on Defendant's Motion remains HELD IN ABEYANCE as the Court reviews the pending matters.

SO ORDERED. This 10 day of May, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE