UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:05-CR-44-2-BO3

UNITED STATES OF AMERICA

Plaintiff,

v.

BRENT E. WOOD,

Defendant.

**ORDER GRANTING PERMISSION FOR DEFENDANT BRENT E. WOOD TO POSSESS AND USE LAPTOP COMPUTER AT RALEIGH COURT FACILITIES IN EASTERN DISTICT OF NORTH CAROLINA**

For good cause show, the Court hereby allows Defendant Brent E. Wood to possess and use a laptop computer and utilize the courtroom technology already installed in the courtroom during the hearing scheduled in the above-captioned matter on March 21, 2013.

This the _19_ day of _March_ , 20_13_.

_Terrence Boyle_
Terrence Boyle
District Court Judge